AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDER RIVAS, also known as "CASPER"<br><br>*Defendant* | )<br>)<br>) Case No. 1:11MJ122<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXANDER RIVAS, also known as "CASPER",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §1591(a)(1) Knowingly, in or affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, or in reckless disregard of the fact, that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

Date: 2/9/11

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

City and state: Alexandria, VA

*(Received stamp: U.S. Marshals Service, Eastern District of Virginia, Alexandria Division, 11 FEB -9 P 4:07)*

---

### Return

This warrant was received on *(date)* 02/09/11, and the person was arrested on *(date)* 02/10/2011
at *(city and state)* Alexandria, VA.

Date: 02/11/2011

*(Filed stamp: FEB 11 2011)*

*Arresting officer's signature*

RICHARD M. BAER, FBI WFO
Printed name and title