F I L E D
MAR 2 9 2011
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 11mj122 |
| ) | |
| ALEXANDER RIVAS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER SUBSTITUTING COUNSEL

The defendant, Alexander Rivas, having retained David J. Kiyonaga as new counsel, it is hereby

ORDERED that the appearance of David J. Kiyonaga is entered and George P. Doss, Jr. is granted leave to withdraw.

Dated this 29th day of March, 2011

/s/
Ivan D. Davis
United States Magistrate Judge

David J. Kiyonaga
VSB #15026
David J. Kiyonaga, PLLC
510 King Street, Suite 400
Alexandria, VA 22314
Phone: (703) 549-7576
Fax: (703) 836-4285
Email: david.kiyonaga@verizon.net

_/s/ George P. Doss_
George P. Doss, Jr.
VSB #
2034 Eisenhower Ave #201
Alexandria, VA 22314
(703)549-7576
(703)519-7688 fax
dossg@concentric.net